# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 01 C 8945 | **DATE** | 4/7/2003 |
| **CASE TITLE** | Garcia vs. City of Chicago | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Report and Recommendation: The Court recommends that Plaintiff's renewed motion for judgment or other sanctions [155-1] be denied without prejudice to be renewed, if necessary, following completion of the trial scheduld to begin before Judge Holderman on 4/21/03 because: 1) a ruling on this motion may prejudice the parties' right to a jury trial; 2) the issues involved in this motion are interrelated with the issues at trial; 3) this motion has taken on a life of its own which is interfering with the parties' trial preparation; 4) Defendant Fivelson's counsel has been unable to file timely briefs due to office issues which should not be allowed to prejudice Defendant Fivelson; and 5) no prejudice occurs to the parties to see whether this issue becomes moot as a result of the trial.
(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | APR 0 8 2003 date docketed | 302 |
| | Docketing to mail notices. | U.S. DISTRICT COURT CLERK | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | 03 APR -7 PM 3:33 | 4/7/2003 date mailed notice | |
| DK | courtroom deputy's initials | FILED 10 03-03714 | DK6 | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |